IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKI JOHNSON, | ) | CASE NO. 8:11-cv-00296 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER DISMISSING DEFENDANT** |
| | ) | **COLORADO REAL ESTATE &** |
| UNITED OF OMAHA LIFE | ) | **INVESTMENT CO.** |
| INSURANCE COMPANY and | ) | |
| COLORADO REAL ESTATE & | ) | |
| INVESTMENT CO., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the parties' Stipulation for dismissal of Defendant Colorado Real Estate & Investment Co. (Filing No. 21). Being fully advised in the premises, the Court orders as follows:

1. Plaintiff's Complaint against Defendant Colorado Real Estate & Investment Co. is dismissed, without prejudice.

2. Defendants' Motion to Dismiss (Filing No. 18) is denied as moot.

3. Nothing in this Order affects Plaintiff's claims against Defendant United of Omaha Life Insurance Company.

IT IS SO ORDERED.

November 16, 2011.

BY THE COURT:

*s/Joseph F. Bataillon*
Chief U.S. District Court Judge

609928